11:20

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT
MONTGOMREY COUNTY, ILLINOIS

AUG - 4 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Donald Mascio,                )
                              )
     Plaintiff,               )
                              )
vs. S. Gene Swarm Judge       )  No. 07CF11
    Steve Friedel et.al, State)
    Edwin L. Potter            )  08-1193
    Roger E. Walker ARB        )
     Defendant(s).             )
    Jorge Montes PRB
    Parker, Assistent State Attorney

COMPLAINT FOR ORDER OF MANDAMUS

NOW COMES the Plaintiff, Donald Mascio, pro se, and complains of the Defendant(s) pursuant to the provisions of 735 ILCS 5/14-101 et seq., and respectfully asks this Honorable Court to enter an Order of Mandamus directed to said Defendant(s).

IN SUPPORT of his Complaint, Plaintiff states as follows:

1. Plaintiff is currently incarcerated at the Graham Correctional Center, P.O. Box 499, Hillsboro, Illinois, Montgomery County, as Register No. B15769. Plaintiff is serving a sentence of 11½ years for the charge of Robbery & Aggravated Battery 3 counts.

2. Defendant, Steve Friedel, is the States Attorney at Fayette County Courthouse, and as such is responsible for the oversight of Mr. Mascio's time of continuance custody as of 11-15-05 till 6.17.08 Therefore has contiplated against the Plantiff with other AAG Jacob Smith to inhance my Tearm of MSR and sentence term.

ADDITIONAL DEFENDANTS

2.(a) Defendant, S. Gene Swarm is the Chief Judge at Fayette County Court House and as such is responsible for making of error in not looking at facts that I was intitled to a psychic examination but denied my motion along with other motions that he said I can not do my own motions therefore of dening Mr. Mascio of his due process & 14th Amendment right, wherefore Mascio falls under People v. Whitfield that I took a plea bargan but no MSR was part of the deal, case in

ADDITIONAL DEFENDANTS

2.(b) Defendant, MR. POTTER is the Public Defender AT FAYETTE COUNTY COURT HOUSE and as such is responsible for NOT GIVING EVIDENCE THAT MR. MASCIO HAS PRESENTED AT had since PRELIMINARY HEARING. THERE FOR VIOLATING his due PROCESS law OF 120 day RULE. THERE FORE counsel is IN EFFECTIVE Assistance OF counsel. PLUS I WAIVED MY RIGHTS WITH POTTER TO SET A CAP OF 4 yrs. WITH NO MSR!

2.(c) Defendant, John Belz is the Judge of Sangermon County and as such is responsible for SAYING THAT ROGER WALKER JR. & JORGE MONTEZ has NO RIGHT TO MINISTORNAL duty to CHANGE PLANTIFF MR. MASCIO's sentence. AND FURTHER said that they have Failed to state a proper claim FOR MANDAMUS OR declaratory Judgement. To be dismissed

2.(d) Defendant, AND OTT is the WARDEN AT GRAHAM CORRECTIONAL center and as such is responsible for THE custody OF MASCIO that states he has experianced of SUFFERING OF INJURY due to other INSTITUTIONS AS WELL AS GRAHAM that he is being denied of access to notary and Law library copies and research OF CASES AND ACCESS to FOIA with RECORD OFFICE & Counselor.

3. Plaintiff has demanded that Defendant(s) perform specific ministerial duties. The Defendant(s) have refused to perform such ministerial duties regardless of Plaintiff's clear entitlement to performance of the specific duties which are set forth as follows: THAT I Had Problems with my change OF address AND COURT CASES. All inviolating my due process of law First From Pontiac corr. center with Not giving me copies and making up excuses about how to have exhibits THAT they don't Allow personal copies what difference does that make if I AM PAYING! THEN IN MENARD corr. center with the supervisor About Grievances to money vouchers to cases for research and copies and very indifferent in deliverance indifferent toward all inmates with no direction of law. So her title is A LAW PARELEGAL, FAYETTE COUNTY did the same thing with the clerk & Jail Administrator. EVEN THE JUDGE AND OF COURSE MR. POTTER MY counsel. I have been beaten 3 times & ATTACKED TWICE OF SEXUALLY ASSUALT. FOR THEM TO Give me access to LEGAL RESEARCH & Copies For COURT CASES to also Provide me access to A COURT ORDER to contact LEGAL counsel and family AFFAIRS AND RELIGOUS SERVICES!

4. A concise statement of additional material facts constituting Plaintiff's cause of action is as follows: TO HAVE All DEFENDANTS IN THIS MATTER compelled to do so by peremptory order of THIS COURT AND will continue to refuse to perform their positive and specific ministerial duties. I cry out for help but they could NOT HEAR but I PRAY to JESUS CHRIST my SAVIOUR to show me the RIGHT PATH to take so I AM doing his will AND MAKING A STATMENT.

5. By reason of the matter and the actions of the Defendant(s), Plaintiff has been, and is, injured in that: He has suffered from continues custody AND is being held unlawfully and has suffered from SERIOUS medical injurys and so suffers from mental issues were he takes psychic medictiun from being incarcerated. And being ATTACKED three times AND two SEXUALLY ASSUATS. THAT THERE would MAKE ANYONE brake down AND cry FOR help. BUT AS I have been I never talked to the STATE Police in the matter of THE TWO PRIOR ATTACKS. BUT I sent two letters but to NO AVAIL.

6. On information and belief, per the averments set forth herein;

   (a) Plaintiff has a clear legal right to have certain act(s) performed.
   (b) Defendant(s) have a clear legal duty to perform said act(s).
   (c) Defendant(s) have the power to perform said act(s).
   (d) The order or judgment, if issued, will be effectual.

7. Unless compelled to do so by peremptory order of this Court, Defendant(s) will continue to refuse to perform their positive and specific ministerial duties as explicated herein.

WHEREFORE, Plaintiff respectfully prays the Court will:

A. Declare that Plaintiff has a clear legal right to the performance of the specific ministerial act(s) the Defendant(s) refuse to perform.

B. Enter an Order of Mandamus directed to the defendant(s) compelling them to:
   (a) ACT positive in their ministerial duties & grant the PLAINTIFF ONE YEAR OF GCC which was Revoked on 6.19.07 & on 3.23.07 THE ARB & PRB WALKER & MONTES.
   (b) TO have the WARDEN OF GRAHAM Corr. center to Ajust Mascio M.G.T. AND ALTER the AWARDING credit Mascio has completed 865 day of confinement without GET A day OF CREDIT FOR Good BEHAVIOR when denied 3 times BY ARB JORGE MONTES because of being order of protection

(c) <ins>Also I was paroled with out any classes of prestart or any motivation where for they interigated mascio with his weak condition to sign papers with out undeestanding</ins>

(d) <ins>Denied him of family visits on 5-15-08 date of parole were mascio family were denied to see him because they ploted against him the field services did with J. Mathy</ins>

(e) <ins>To have each one summoned and their act of duty why did they do what they did to a person with ADA disabilities. And cry died for help to each of them to no avail. Also the prison conditions are haserdtize to health violations.</ins>

C. Grant Plaintiff leave to file a memorandum of law in support of his Complaint for Order of Mandamus.

D. Grant such other and further relief as the Court may deem proper.

Respectfully Submitted,

/s/ *Donald Mascio*

DONALD MASCIO -Plaintiff
Box 499, Register No. B15769
Graham Correctional Center
Hillsboro, Illinois 62049

### VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to the Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that he is the Plaintiff in the foregoing Complaint for Order of Mandamus, that he has personal knowledge of the contents thereof, and further certifies that the statements set forth therein are true and correct, except as to matters therein stated to be on information and belief, and as to such matters he certifies as aforesaid that he verily believes the same to be true.

/s/ *Donald Mascio*

-Affiant

NAME: MASCIO          NUMBER: B15769          CELL: N721

ADJUSTMENT COMMITTEE RECAP OF
REQUESTED SEGREGATION TIME CUT

The Adjustment Committee reviewed a request for a segregation time cut for you in accordance with Departmental Rule 504A, Section 504.120.

The Adjustment Committee DENIED this request – based on the following reason(s):

- [ ] Repeat Offender
- [x] Staff Assault
- [ ] Nature of Offense
- [ ] Additional Observation Needed
- [ ] Under Investigation
- [ ] Pending Prosecution
- [ ] Recent Disciplinary Report

Following this action your segregation release date is 10/10/2007. The Warden/designee reviewed the Adjustment Committee's recommendation on 1/17/2007 and affirmed this decision.

Clinical Services Dept.

cc: Inmate Master File B15769

EXHIBIT "C"



**Illinois Department of Corrections**

Rod R. Blagojevich
*Governor*

Roger E. Walker Jr.
*Director*

TO: Donald Mascino
Offender Name

B15769
ID#

PON
Facility

FROM: Roger E. Walker Jr.
Director

3rd

SUBJECT: Request for Restoration of Good Conduct Credits/Statutory Good Time Notification

DATE: 10/17/07

The request for restoration of __1 mo__ Good Conduct Credits/Statutory Good Time has
*Recommended amount*

been reviewed and the following determination has been made by:

### IDOC ACTION

☐ Approved  ☒ Denied  ☐ Reduced (specify amount) _____

Check rationale for denied and reduced:

☐ Additional Observation needed to determine improvement in behavior.
☐ Continues to display poor or unsatisfactory conduct since revocation.
☒ Granting restoration at this time would undermine the seriousness of the offense.
☐ Disciplinary history does not warrant restoration at this time.
☐ Other: _____

### PRISONER REVIEW BOARD ACTION
For Amounts over 30 days in a 12 month period

☐ Approved  ☐ Denied  ☐ Reduced (specify amount) _____

Check rationale for denied and reduced:

☐ Additional Observation needed to determine improvement in behavior.
☐ Continues to display poor or unsatisfactory conduct since revocation.
☐ Granting restoration at this time would undermine the seriousness of the offense.
☐ Disciplinary history does not warrant restoration at this time.
☐ Other: _____

Distribution: Offender, Warden, Restoration File, Master File

DOC ?
(Effective 2)

# State of Illinois - Department of Corrections
## Counseling Summary



| | | | |
|---|---|---|---|
| **IDOC #** | B15769 | **Counseling Date** | 10/29/07 14:51:48:540 |
| **Offender Name** | MASCIO, DONALD | **Type** | Collateral |
| **Current Admit Date** | 09/26/2006 | **Method** | Other |
| **MSR Date** | 05/30/2008 | **Location** | PON NORTH SEGREGATION |
| **HSE/GAL/CELL** | N-03-04 | **Staff** | FLEX, RANDALL F, CORRECTIONAL COUNSELOR II |

YOU WROTE A LETTER TO A/W MATHY ABOUT SPRINGFIELD DISAPPROVING YOUR GOODTIME SUBMISSION. ENE THOUGH YOU WERE DEINED GOODTIME, PLEASE CONTINUE YOUR IMPROVED CONDUCT. YOU MAY REQUEST GOODTIME RESTORATION AGAIN 12-20-07.

**Print Date** 10/29/2007



EXHIBIT "D"



**Illinois Department of Corrections**

Rod R. Blagojevich
*Governor*

Roger E. Walker Jr.
*Director*

TO: _Donald Mascio_    DATE: _7/13/08_
     Offender Name

_B15749_
     ID#

_Pon 3rd_
     Facility

FROM: Roger E. Walker Jr.
      Director

SUBJECT: Request for Restoration of Good Conduct Credits/Statutory Good Time Notification

The request for restoration of ___1 month___ Good Conduct Credits/Statutory Good Time has
                               Recommended amount

been reviewed and the following determination has been made by:

---

**IDOC ACTION**

☐ Approved    ☒ Denied    ☐ Reduced (specify amount) _____

Check rationale for denied and reduced:

☒ Additional Observation needed to determine improvement in behavior.
☐ Continues to display poor or unsatisfactory conduct since revocation.
☒ Granting restoration at this time would undermine the seriousness of the offense.
☐ Disciplinary history does not warrant restoration at this time.
☐ Other: _____

---

**PRISONER REVIEW BOARD ACTION**
For Amounts over 30 days in a 12 month period

☐ Approved    ☐ Denied    ☐ Reduced (specify amount) _____

Check rationale for denied and reduced:

☐ Additional Observation needed to determine improvement in behavior.
☐ Continues to display poor or unsatisfactory conduct since revocation.
☐ Granting restoration at this time would undermine the seriousness of the offense.
☐ Disciplinary history does not warrant restoration at this time.
☐ Other: _____

---

Distribution:    Offender, Warden,                                    DOC ?
                 Restoration File, Master File                        (Effective ?)

IN THE CIRCUIT COURT OF THE __4TH__ JUDICIAL CIRCUIT
__MONTGOMERY__ COUNTY, ILLINOIS

__DONALD D MASCIO__,                )
                                    )
        Plaintiff,                  )
                                    )
        v. __S. GENE SWARM__        )    Case No. __07CF11__
__STEVE FRIEDEL ET AL__,            )
__EDWIN L. POTTER__                 )
        Defendant.                  )

__PARKER ASSISTANT STATES ATTORNEY__
__SUPER INTENDANT MELVIN__
                        NOTICE OF FILING
__U.S. CENTRAL DIST__
TO: Circuit Clerk __OF__          __STATES ATTORNEY__        __Judge HAROLD FARRISH__
__MONTGOMERY__ County             __GENERAL__                __OF THE 11TH Judicial CIRCUIT__
__PAMELA E. ROBISON__             __LISA MADIGAN__           __COURT HOUSE IN ILLINOIS__
                                  __500 SOUTH SECOND ST.__   __112 WEST MADISON ST.__
                                  __SPRINGFIELD IL 62706__   __PONTIAC, ILLINOIS 61764__

        [Original & __2__ Copy]    [__1__ Copy]    [__1__ Copy]

PLEASE TAKE NOTICE that on the __21__ day of __July__, __2008__, I have filed, thru the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1. COMPLAINT FOR ORDER OF MANDAMUS
2. SUMMONS (one for each named defendant)
3. APPLICATION TO PROCEED AS A POOR PERSON AND FOR APPOINTMENT OF COUNSEL
4. _____
5. _____
6. _____

                        AFFIDAVIT OF SERVICE

State of Illinois      )
                       ) ss.
County of Montgomery   )

    I, __DONALD MASCIO__, being first duly sworn, certify that I have served the above listed documents on the parties as above indicated by placing the originals and true copies of said documents in sealed envelope(s) addressed as shown above, and by depositing said envelope(s) in the box designated for U.S. Mail at Graham Correctional Center, Hillsboro, Illinois 62049, together with the appropriate request to the prison official responsible to affix fully prepaid First Class Postage thereon, on this __21__ day of __July__, 20__08__.

Subscribed and sworn before me           /s/ __Donald Mascio__
this ___ day of _____, _____.                                    AFFIANT
                                         Box __499__, Register No. __B15169__
                                         Graham Correctional Center
_____         Hillsboro, IL  62049
NOTARY PUBLIC

# ATTENTION LAW CLERK

Pamila E. Robison,

My name is Donald Mascio B15769 I am being held in IDOC at Graham C.C. They are in violation of my due process law & 14th Amendment Right. No copies or legal reaserch or notary request they have denied Mr. Mascio's his due Right for his deadlines due. Also his right to legal reaserch his cases for there due dates. Therefore the warden is shipping out Mr. Mascio on July 23, 2008, unknown transfer! I pray that you grant my legal pauperis to send them to there addresses!

THERE FORE were I have done more time which is exhuasted time OF TERM! WHEREFORE braking the bragin of negosiating with mascio. BUT the Judge didn't care if their is going to be errors then I will make them, Let's see what mr. Mascio does. Those were his exact works.