E-FILED
Tuesday, 05 August, 2008 10:51:02 AM
Clerk, U.S. District Court, ILCD

FILED
AUG - 4 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

11:20

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT
MONTGOMERY COUNTY, ILLINOIS

DONALD D MASCIO            )
                           )
     PLAINTIFF           , )
                           )
     v.                    )    CASE NO. 07CF11
                           )
STEVE FRIEDEL ET.AL.     , )    Civil Action
                           )
     DEFENDANT          ,  )    Nature Of Action 08-1193

APPLICATION TO PROCEED AS A POOR PERSON
AND FOR APPOINTMENT OF COUNSEL

Applicant, Donald Mascio, respectfully asks the Court, pursuant to the provisions of 725 ILCS 5/113-3, 735 ILCS 5/5-105, and Supreme Court Rule 298, to grant him leave to proceed as a poor person and appoint counsel in his cause of action before this Court. In support Applicant swears that the following statements are true in substance and in fact:

1. I am the __Plaintiff__ in this legal proceeding
2. I am a poor person and am unable to prosecute this action, and am unable to pay the costs, fees and expenses of this action or to employ an attorney to represent me in this matter.
3. My occupation or means of subsistence:
   (a) I am not currently employed due to my imprisonment at the Graham Correctional Center, but I do receive State Pay of $ _0_ per month.
   (b) The amount and source of all other income or support are:
       __Family__
4. My total income for the year preceding this application was $ _120.00_.
5. The sources and amount of income expected by me hereafter are:
   $10.00
6. The nature and current value of any property, real or personal, owned by me:
   (a) Real Estate: __NONE__
       Value: $ _0_
   (b) Motor Vehicle: __NONE__
       Value: $ _0_
   (c) Cash, Savings, Checking, etc: __NONE__
       Value: $ _0_
   (d) Prison Trust Account: __NONE__
       Value: $ _0_
   (e) Other (e.g., TV, etc.): __NONE__
       Value: $ _0_
7. No applications to proceed as a poor person were filed by me or on my behalf during the preceding year, except as follows:

_____
_____

8.  I am without counsel to represent me in this matter and I wish the Court to appoint counsel to represent me.

9.  I am not versed in the law and legal procedures and have no good understanding of how to go about handling my own defenses and claims, and I am not well enough educated to perform my own legal research and then make proper sense of the same.

10. On information and belief, without the assistance of appointed counsel my access to the courts will not be adequate, effective or meaningful.

11. On information and belief, I have a meritorious claim or defense to assert in this cause of action.

Respectfully submitted,

*Donald Mascio*

### VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to the Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that he is the Applicant in the foregoing instrument, that he has personal knowledge of the contents thereof, and further certifies that the statements set forth therein are true and correct, except as to matters therein stated to be on information and belief, and as to such matters he certifies as aforesaid that he verily believes the same to be true.

*Donald Mascio*

Donald Mascio pro se
Box 499, Register No. B15769
Graham Correctional Center
Hillsboro, IL 62049

1:08-cv-01193-HAB-JAG   # 2   Page 3 of 4

Date: 10/12/2007
Time: 9:15am
d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

EXHIBIT A

Page 0



2-C

REPORT CRITERIA - Date: 04/12/2007 thru End;   Inmate: B15769;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** B15769 Mascio, Donald                **Housing Unit:** PON-N -03-04

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 50.11 |
| 04/17/07 | Mail Room | 01 MO/Checks (Not Held) | 107225 | 1066907 | Mascio, Mary | 10.00 | 60.11 |
| 04/17/07 | Mail Room | 04 Intake and Transfers In | 107225 | 28896 | Vandalia C.C. | -4.16 | 55.95 |
| 04/24/07 | Mail Room | 04 Intake and Transfers In | 114225 | 28981 | Vandalia C.C. | 1.36 | 57.31 |
| 05/04/07 | Mail Room | 01 MO/Checks (Not Held) | 124262 | P1071276 | Mascio, Mary | 10.00 | 67.31 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507100, DOC - Library Copies, Inv. Date: 05/08/2007 | -.35 | 66.96 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507104, DOC - Library Copies, Inv. Date: 05/08/2007 | -.35 | 66.61 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507074, DOC - Library Copies, Inv. Date: 05/08/2007 | -.45 | 66.16 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 505909, DOC - Library Copies, Inv. Date: 04/25/2007 | -1.55 | 64.61 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 507467, DOC: 523 Fund Reimburs, Inv. Date: 05/10/2007 | -2.00 | 62.61 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 505789, DOC: 523 Fund Reimburs, Inv. Date: 04/24/2007 | -2.00 | 60.61 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 505338, DOC: 523 Fund Reimburs, Inv. Date: 04/18/2007 | -2.00 | 58.61 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 507693, Pitney Bowes Bank, Inc, Inv. Date: 05/11/2007 | -1.11 | 57.50 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 505825, Pitney Bowes Bank, Inc, Inv. Date: 04/24/2007 | -1.59 | 55.91 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 505266, Pitney Bowes Bank, Inc, Inv. Date: 04/17/2007 | -2.79 | 53.12 |
| 05/23/07 | Point of Sale | 60 Commissary | 143731 | 244613 | Commissary | -14.22 | 38.90 |
| 05/24/07 | Point of Sale | 60 Commissary | 144731 | 244742 | Commissary | 13.07 | 51.97 |
| 06/14/07 | Disbursements | 90 Medical Co-Pay | 165320 | Chk #63452 | 508998, DOC: 523 Fund Reimburs, Inv. Date: 05/29/2007 | -2.00 | 49.97 |
| 06/14/07 | Disbursements | 90 Medical Co-Pay | 165320 | Chk #63452 | 508673, DOC: 523 Fund Reimburs, Inv. Date: 05/23/2007 | -2.00 | 47.97 |
| 06/14/07 | Disbursements | 90 Medical Co-Pay | 165320 | Chk #63452 | 508408, DOC: 523 Fund Reimburs, Inv. Date: 05/21/2007 | -2.00 | 45.97 |
| 07/30/07 | Disbursements | 99 Transfer Inmate | 211320 | Chk #63937 | Menard CC,   Inv. Date: 07/30/2007 | -45.97 | .00 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257262 | 710528 | Mascio, Mary | 10.00 | 10.00 |
| 10/10/07 | Mail Room | 04 Intake and Transfers In | 283225 | 82044 | Menard C.C. | 12.37 | 22.37 |
| 10/11/07 | Mail Room | 01 MO/Checks (Not Held) | 284225 | 725665 | Mascio, Mary | 10.00 | 32.37 |

|  |  |
|---|---|
| Total Inmate Funds: | 32.37 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 13.34 |
| Funds Available: | 19.03 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/20/2007 | 518224 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.80 |

EXHIBIT "A"

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1-18-08

_Donald Mascio_
Signature of Applicant

DONALD MASCIO
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Donald Mascio_, I.D.# _B15769_, has the sum of $ _2.00_ on account to his/her credit at (name of institution) _Pontiac Corr Center_

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _8.87_

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

1-25-08
DATE

_Janet Jones_
SIGNATURE OF AUTHORIZED OFFICER

JANET JONES
(Print name)

Rev. 7/18/02

-3-