# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA
# VIDEO WRIT

| CASE NAME<br><br>Mascio v Swarm, et al<br>B15769 | CASE NO.<br><br>08-1193 | Beginning Date of Hearing:<br><br>9/25/08 | Type of Hearing: Merit Review<br><br>Length of Hearing: one hour |
|---|---|---|---|

**TO: THE WARDEN OF LAWRENCE CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Donald Mascio | B15769 | Lawrence Correctional Center | 9/25/08 | 10:00 AM |
| Judge Harold A. Baker | | Urbana Fed. Courthouse | 9/25/08 | 10:00 AM |
| | | | | |

**Dated: 8/5/08**

**PAMELA E. ROBINSON, CLERK**

UNITED STATES DISTRICT COURT

BY: _s/T. Kelch_____
      DEPUTY CLERK

CC: Video Clerk
 Faxed to: Lawrence Corr Center

Format and wording approved by IDOC Legal Counsel 2/11/98